No. 653. THE PITCH PINE LUMBER COMPANY, PETITIONER, *v.* WILLIAM S. ROSASCO ET AL. May 29, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Harrington Putnam* and *Mr. Charles C. Burlingham* for petitioner. *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for respondents.

No. 654. THE BRUNSWICK-BALKE-COLLENDER COMPANY, PETITIONER, *v.* JOHN G. KLUMPP ET AL. May 29, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph C. Clayton* for petitioner. *Mr. Louis C. Raegener* for respondents.

Nos. 656 and 657. WILLIAM H. STAAKE, TRUSTEE, PETITIONER, *v.* WATTS, ROBERTSON & ROBERTSON ET AL. May 29, 1905. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. H. Gordon McCouch* and *Mr. Samuel W. Cooper* for petitioner. *Mr. S. Hamilton Graves* for respondents.

No. 659. MARTHA RAPHAEL, ADMINISTRATRIX, ETC., PETITIONER, *v.* THE RIO GRANDE WESTERN RAILWAY COMPANY ET AL. May 29, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles Locke Easton* for petitioner. *Mr. Edward M. Shepard, Mr. A. H. Joline* and *Mr. Wm. Mason Smith* for respondents.